U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2025 MAY -6 P 2:22

CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No.: 25-CR-087

[46 U.S.C. §§ 70503(a)(1), 70506(a), & 70506(b); 21 U.S.C. § 960(b)(1)(B); 18 U.S.C. § 2(a)]

MIGUEL ÁNGEL CAMPOS-BARRAGÁN,
GIOVANNI VIDRIO-LÓPEZ,
a/k/a Giovanny Vidrio-López, and
EUSTAQUIO ESPINOSA-HERNÁNDEZ,
a/k/a Eustaquio Espinoza-Hernández,

Defendants.

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in or about January 2024, and continuing through on or about April 15, 2025, upon the high seas and elsewhere outside the jurisdiction of any particular State and district,

**MIGUEL ÁNGEL CAMPOS-BARRAGÁN,
GIOVANNI VIDRIO-LÓPEZ,
a/k/a Giovanny Vidrio-López, and
EUSTAQUIO ESPINOSA-HERNÁNDEZ,
a/k/a Eustaquio Espinoza-Hernández,**

knowingly and intentionally conspired together and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance while on board a vessel of the United States, in violation of Title 46, United States Code, Section 70503(a)(1).

2. The amount of controlled substance involved in the conspiracy attributable to each defendant as a result of their own conduct, and the conduct of other conspirators reasonably

foreseeable to them, includes five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Section 70506(b); Title 46, United States Code, Section 70506(a); and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about April 15, 2025, upon the high seas and elsewhere outside the jurisdiction of any particular State and district,

**MIGUEL ÁNGEL CAMPOS-BARRAGÁN,**
**GIOVANNI VIDRIO-LÓPEZ,**
**a/k/a Giovanny Vidrio-López, and**
**EUSTAQUIO ESPINOSA-HERNÁNDEZ,**
**a/k/a Eustaquio Espinoza-Hernández,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel of the United States.

2. The offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a)(1); Title 46, United States Code, Section 70506(a); Title 21, United States Code, Section 960(b)(1)(B); and Title 18, United States Code, Section 2(a).

## FORFEITURE NOTICE

1. Upon conviction of any of the offenses in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), as alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that was used or intended for use to commit, or to facilitate the commission of, that violation of Section 70503, pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c). The property includes, but is not limited to the following:

a. a money judgment in the amount of proceeds the defendants obtained, directly or indirectly, as a result of the offense or offenses of conviction;

b. approximately $12,681 in United States currency seized on or about April 15, 2025, in Costa Rica; and

c. a 2006 yacht called "My Lisa Too," Primary Vessel Number 1185801, Hull Identification Number XYU03357D606, registered in the United States with Marine Traffic MMSI number 338204528.

2. If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

[redacted]

Dated: 5/6/2025

RICHARD G. FROHLING
Acting United States Attorney