# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

United States of America
v.

Eustaquio Espinosa-Hernandez, a/k/a Eustaquio Espinoza-Hernandez
*Defendant*

Case No. 25-CR-087

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eustaquio Espinosa-Hernandez, a/k/a Eustaquio Espinoza-Hernandez ,
who is accused of an offense or violation on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
46:70506(b); 46:70506(a) and 21:960(b)(1)(B) - PENALTIES
(1)
46:70503(a)(1), 46:70506(a), 21:960(b)(1)(B) and 18:2(a) - MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS
(2)

Date: May 6, 2025

s/ Mary Murawski
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

GINA M. COLLETTI, Clerk, U.S. District Court
By:Mary Murawski, Deputy Clerk
*Printed name and title*

COURT FOR THE EASTERN DISTRICT OF WISCONSIN · UNITED STATES DISTRICT

### Return

This warrant was received on *(date)* 5/6/25 , and the person was arrested on *(date)* 10/19/26
at *(city and state)* Milwaukee, WI .

Date: 10/19/26

Brandin Depies
*Arresting officer's signature*

DUSM Brandin Depies
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

United States of America
v.
Miguel Angel Campos-Barragan
*Defendant*

Case No. 25-CR-087

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Miguel Angel Campos-Barragan ,
who is accused of an offense or violation on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
46:70506(b); 46:70506(a) and 21:960(b)(1)(B) - PENALTIES
(1)
46:70503(a)(1), 46:70506(a), 21:960(b)(1)(B) and 18:2(a) - MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS
(2)

Date: May 6, 2025

s/ Mary Murawski
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

GINA M. COLLETTI, Clerk, U.S. District Court
By:Mary Murawski, Deputy Clerk
*Printed name and title*

DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN · UNITED STATES

## Return

This warrant was received on *(date)* 5/6/25 , and the person was arrested on *(date)* 10/14/26
at *(city and state)* Milwaukee, WI .

Date: 10/19/26

[signature]
*Arresting officer's signature*

DUSM Brandin Depies
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

United States of America
v.
Giovanni Vidrio-Lopez a/k/a Giovanny Vidrio-Lopez
*Defendant*

Case No. 25-CR-087

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Giovanni Vidrio-Lopez a/k/a Giovanny Vidrio-Lopez, who is accused of an offense or violation on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
46:70506(b); 46:70506(a) and 21:960(b)(1)(B) - PENALTIES
(1)
46:70503(a)(1), 46:70506(a), 21:960(b)(1)(B) and 18:2(a) - MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS
(2)

Date: May 6, 2025

s/ Mary Murawski
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

GINA M. COLLETTI, Clerk, U.S. District Court
By:Mary Murawski, Deputy Clerk
*Printed name and title*

COURT FOR THE EASTERN DISTRICT OF WISCONSIN

## Return

This warrant was received on *(date)* 5/6/25, and the person was arrested on *(date)* 10/19/26
at *(city and state)* Milwaukee WI.

Date: 10/19/26

[signature]
*Arresting officer's signature*

DUSM Brandin Depies
*Printed name and title*