## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**MIGUEL ANGEL CAMPOS-BARRAGAN**
**GIOVANNI VIDRIO-LOPEZ**
**EUSTAQUIO ESPINOSA-HERNANDEZ**

**INITIAL APPEARANCE/ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **25-CR-87**

---

HONORABLE Nancy Joseph, presiding
Deputy Clerk: Ross M.
Hearing Held: October 19, 2026 at 3:00 p.m.

Court Reporter: Liberty
Hearing Began: 3:15 p.m.
Hearing Ended: 3:28 p.m.

**Appearances:**

UNITED STATES OF AMERICA by: Robert Brady
Miguel Angel Campos-Barragan, in person, and by: Craig Albee — ☐ CJA ☑ FDS ☐ RET
Giovanni Vidrio-Lopez, in person, and by: Craig Albee — ☐ CJA ☑ FDS ☐ RET
Eustaquio Espinosa-Hernandez, in person, and by: Craig Albee — ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Mai Lor
INTERPRETER: ☐ None ☑ Sworn Spanish Interpreter: Susan Rascon

---

☑ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☑ Felony

Speedy Trial Date: December 28, 2026
Final Pretrial Conf.: TO BE SET
Jury Trial Date: TO BE SET
Trial Length Estimate: 5-7 days

District Judge: Brett H. Ludwig
Bond Judge: Nancy Joseph
Magistrate Judge: Stephen C. Dries

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
 ☑ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
 Discovery available: almost ready; need 250 GB flash drive from defense attorneys

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
 ☐ Granted ☐ Denied
 ☐ Referred to Stephen C. Dries
☐ Case designated complex
☑ Pretrial Scheduling Conference requested by the Government

☑ **Counsel Only Scheduling Conference set for:**

**November 4, 2026 at 10:00 a.m. by Zoom Telephone before Magistrate Judge Stephen C. Dries**

---

Maximum Penalties:
As to MIGUEL ANGEL CAMPOS-BARRAGAN, GIOVANNI VIDRIO-LOPEZ, EUSTAQUIO ESPINOSA-HERNANDEZ:
**Count 1** – INC: mandatory minimum 10 years-life; FINE: $10,000,000; SR: mandatory minimum 5 years-life; SA: $100.
**Count 2** – INC: mandatory minimum 10 years-life; FINE: $10,000,000; SR: mandatory minimum 5 years-life; SA: $100.

Bond Status:
As to MIGUEL ANGEL CAMPOS-BARRAGAN, GIOVANNI VIDRIO-LOPEZ, EUSTAQUIO ESPINOSA-HERNANDEZ:
Government seeking detention.
Defendants agree to be detained on the presumption.

☑ Defendants ordered detained pending trial. *See* Order of Detention Pending Trial

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.